THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Robert Vincent
 Doll, Jr., Appellant.
 
 
 

Appeal From Greenville County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-611
Submitted November 3, 2008  Filed
 November 10, 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, State Grand Jury Chief Jennifer D. Evans, Assistant
 Attorney General Susan O. Porter, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Robert
 Vincent Doll, Jr. appeals from trafficking
 in methamphetamine, conspiracy to trafficking in methamphetamine, and
 possession of methamphetamine, for which he received concurrent sentences of
 twenty-five years, twenty-five years, and ten years in prison, respectively.  Doll
 argues the trial court erred in admitting the prior consistent statement of a
 States witness from an audiotape made during a sting operation.  After a thorough review of the record and
 counsels brief, pursuant to Anders v. California, 386 U.S. 738 (1967)
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.